UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AARON GASTON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:08CV118 CDP |
| | ) |
| TEAMSTERS LOCAL UNION NO. 600, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

For reasons stated in the Memorandum and Order issued this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendants Teamsters Local 600, A.B.C. Dairy Company d/b/a Pevely Dairy Company, Prairie Farms, Inc., and Scott Gilchrist shall have judgment on plaintiffs' complaint, and all claims against all the defendants are dismissed with prejudice, with plaintiffs to bear all taxable costs.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of September, 2009.